

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor New York, NY 10175 Phone: (212) 729-9494

December 22, 2022

<u>Via ECF</u>
Hon. Paul G. Gardephe
U.S. District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Conrad Heron
        22 CR 514 (PGG)
        Request for Travel Permission – Christmas Day

Dear Judge Gardephe:

I represent Conrad Heron on the above captioned matter. I am writing to respectfully request travel permission for Mr. Heron to travel to Brooklyn, New York on December 25, 2022 to spend Christmas Day with his parents – Carol and Collington Heron at the address provided to Pre-Trial Services.

Mr. Heron is currently released on home confinement in the District of New Jersey with GPS monitoring. He has not seen his parents or his family since he was arrested on the instant matter.

I have conferred with DNJ Pretrial and AUSA Ashley Nicolas. DNJ Pre-Trial Officer Erika Dipalma opposes Mr. Heron's travel as it is social in nature. AUSA Nicolas takes no position.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Conrad Heron

MEMO ENDORSED
The Application is granted.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 22, 2022

cc:     *All parties of record (via ECF)*