

# The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

February 21, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Conrad Heron, 22 CR 514 (PGG)
        Request of Modification of Pre-Trial Release Conditions

Dear Judge Gardephe:

I represent Conrad Heron on the above captioned matter. I am writing with the consent of Pre-trial to respectfully request modification of Mr. Heron's Pre-Trial release conditions.

Since his arraignment, Mr. Heron has been on home confinement with a radio frequency bracelet. He has resided in the District of New Jersey and has been in compliance with all terms of his release conditions. The Defense is respectfully requesting that Mr. Heron's Pre-Trial release conditions to be modified to curfew as directed by Pre-Trial (instead of home confinement) with a radio frequency bracelet.

I have conferred with SDNY Pre-Trial Officer Ashley Cosme who consents to this modification. DNJ Pre-Trial Officer Erika Dipalma who supervises Mr. Heron also consents to the same. AUSA Ashley Nicolas defers to Pre-Trial.

I am therefore respectfully requesting that Mr. Heron be modified as outlined above. Thank you for your time and consideration for this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Conrad Heron

---

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Date:  February 24, 2023