UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>KAREEM SHEPHERD and CONRAD HERON,<br><br>                    Defendants. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a change of plea hearing in this matter on **September 5, 2023, at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        September 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge