

# The Fast Law Firm, P.C.

521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

December 4, 2023

**Via ECF**
Honorable Paul G. Gardephe
U.S. District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **United States v. Conrad Heron**
22 cr 514-004 (PGG)

Dear Judge Gardephe:

I represent Conrad Heron on the above captioned matter. We are scheduled to appear before your Honor on January 3, 2024 for sentencing.

I write with the consent of the Government to respectfully request for a 45-day adjournment of the sentencing and the corresponding sentencing submission schedule as I will be out on maternity leave earlier than anticipated.

I have conferred with AUSA Nicolas who consents to this adjournment. I am respectfully seeking an adjournment of the matter to February 12, 2024 or thereafter (with the exception of February 21, 2024) if it pleases the Court. Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Conrad Heron

**MEMO ENDORSED:** Sentencing in this matter is adjourned to **February 12, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Defendant's sentencing submission will now be due by **January 22, 2024.** The Government's sentencing submission will be due by **January 29, 2024.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: December 6, 2023

cc: AUSA Ashley Carolyn Nicolas (via ECF)