

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

January 24, 2024

<u>Via ECF</u>
Honorable Paul G. Gardephe
U.S. District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Conrad Heron</u>
22 cr 514-004 (PGG)
Request for Travel Permission

Dear Judge Gardephe:

I am the attorney of record for Conrad Heron on the above-captioned case. I am writing to respectfully request travel permission for Mr. Heron to visit family in Miami, Florida from January 26 - January 29, 2024.

I have conferred with AUSA Nicolas and SDNY Pre-Trial Officer Francesca Tessier-Miller. Pre-Trial Officer Tessier-Miller consents to this travel request so long as Mr. Heron provides his lodging and flight information before the trip. The Government defers to Pre-Trial on this request.

We therefore respectfully request that Mr. Heron be permitted to travel to Miami, Florida from January 26 to January 29, 2024. Thank you for your time and consideration of this request.

Sincerely,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Conrad Heron

cc: All parties of record (via ECF)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: January 25, 2024