UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CONRAD HERON,

Defendant.

**ORDER**

22 Cr. 514 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Conrad Heron's bail is revoked.  Defendant Heron will be remanded based on his recent arrest in Brooklyn, New York.

Dated: New York, New York
       March 14, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge